IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LINDA D. BOLES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:09cv1115-MEF |
| | ) | (WO) |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM OPINION AND ORDER**

On March 15, 2010, the defendant filed a motion to remand pursuant to sentence six of 42 U.S.C. § 405(g). *See* Doc. # 9. The plaintiff does not object to the sentence six remand. Accordingly, it is

ORDERED as follows that:

1. The defendant's motion to remand (doc. # 9) be and is hereby GRANTED.

2. The decision of the Commissioner be and is hereby REVERSED and this case be and is hereby REMANDED to the Commissioner pursuant to sentence six of 42 U.S.C. § 405(g) for further proceedings.

3. The Clerk of the Court shall close this case pending a final decision by the Commissioner on remand.

4. Within sixty (60) days of the final decision of the Commissioner of Social Security following remand, if the decision is adverse to the plaintiff, the Commissioner shall file with the Clerk of the Court a motion to reopen and an answer, and shall serve on the plaintiff a copy of the administrative record.

5. Within sixty (60) days of the final decision of the Commissioner of Social Security following remand, if the decision is favorable to the plaintiff, the Commissioner shall file with the Clerk of the Court a motion to reopen and a motion for entry of final judgment for the plaintiff.

Done this 17th day of March 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE