IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LINDA D. BOLES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:09cv1115-MEF |
| ) | (WO) |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On August 26, 2013, the defendant filed an unopposed motion for entry of judgment (doc. # 17) in favor of the plaintiff. Upon an independent review of the file in this case and for good cause, it is

ORDERED that the unopposed motion for entry of judgment (doc. # 17) be and is hereby GRANTED.

A separate order will be entered.

Done this the 10th day of September, 2013.

                                                       /s/ Mark E. Fuller
                                      UNITED STATES DISTRICT JUDGE