IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LINDA D. BOLES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:09cv1115-MEF |
| ) | (WO) |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is the

ORDER, JUDGMENT, and DECREE of the court that judgement be and is hereby entered in favor of the plaintiff and against the defendant, and that this case be and is hereby DISMISSED with prejudice.

Done this the 10th day of September, 2013.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE